UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                              *

   GAIL R. KENNEDY              *     Case No. 15-18169-DER

                                                *           Chapter 13

   Debtor                       *

*        *        *        *        *        *        *

MOTION TO DISMISS CASE FOR FAILURE
TO ATTEND THE MEETING OF CREDITORS

      Ellen W. Cosby, Chapter 13 Trustee, files this Motion to Dismiss Case and states as follows:

      1.     The §341 meeting in the Chapter 13 case was scheduled for July 24, 2015.  Proper notice of the case was sent to the Debtor(s), counsel for the Debtor(s) and creditors on the original matrix.

      2.     In addition to receiving the Notice of Chapter 13 Bankruptcy Case which instructed the Debtor(s) to appear at the §341 meeting, the Debtor(s) also received from the Trustee a "greetings letter" that also gave the date and time of the meeting and instructed the Debtor(s) to attend.

      3.     Despite ample notice, the Debtor(s) failed to attend the scheduled meeting.

      4.     The failure of Debtor(s) to attend the 341 meeting is in disregard of the Debtor's  duty under the Bankruptcy Code.

      5.     The Debtor(s) has/have failed to commence plan payments as required by 11 U.S.C. §1326(a)(1).

      6.     For the reasons stated, cause exists under 11 U.S.C. §1307(c) to dismiss this case.

WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other relief as is just.


Date:   July 29, 2015                          /s/  Ellen W. Cosby
                                               Ellen W. Cosby
                                               300 E. Joppa Road,  #409
                                               Towson, MD 21286
                                               (410) 825-5923
                                               inquiries@ch13balt.com

                                               Chapter 13 Trustee


**TO THE DEBTOR:  TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION WITHIN 21 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE.  THE RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE TRUSTEE.**


CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing Motion to Dismiss Case was mailed on July 29, 2015 to:

GAIL R. KENNEDY
1602 RIDGE ROAD
BALTIMORE, MD 21228


And was transmitted electronically through ECF to:

PRO SE



                                               /s/  Ellen W. Cosby
                                               Ellen W. Cosby, Trustee